UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GILBERT SOSA,

                Petitioner,              07 **CIVIL** 5916 (NRB)

   -against-                              **JUDGMENT**

MOHAWK CORR. FAC.,

                Respondent.
------------------------------------------------------------X

A petition for habeas corpus pursuant to 28 U.S.C. § 2254 having been submitted to the Honorable Naomi Reice Buchwald, United States District Judge, and the Court, on February 22, 2008, having rendered its Memorandum and Order denying the petition in its entirety, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated February 22, 2008, the petition is denied in its entirety; accordingly, the case closed; the Court finds that because petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability will not issue; the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the Memorandum and Order dated February 22, 2008 would not be taken in good faith.

**DATED:** New York, New York
           February 29, 2008

                                     **J. MICHAEL McMAHON**
                                      **Clerk of Court**
                  **BY:**

                                     **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____